WILLIAMS, APPELLANT, *v.* FARMERS INSURANCE EXCHANGE OF FARMERS UNDERWRITERS ASSOCIATION ET AL., APPELLEES.

[Cite as *Williams v. Farmers Ins. Exchange of Farmers Underwriters Assn.* (1992), 62 Ohio St.3d 1223.]

(No. 90–2438—Submitted December 4, 1991—Decided January 22, 1992.)

---

*Gary F. Kuns,* for appellant.

*Manahan, Pietrykowski, Bamman & Delaney* and *Gerald Kowalski,* for appellee Farmers Insurance Exchange.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and CHRISTLEY, JJ., concur.

JUDITH A. CHRISTLEY, J., of the Eleventh Appellate District, sitting for RESNICK, J.